**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1730

BOBBY LEE MCARTHUR; DEBORAH E. MCARTHUR,

                                    Plaintiffs - Appellants,

        versus

ROBERT W. CLARK; DEBRA L. CLARK; FRED W. LEE,
JR.; BARBARA OSIE LEE; JAMES ROBERT LEE; CAROL
E. LEE; JOHN HENRY LEE; PATRICIA SMITH LEE,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.  Louise W. Flanagan, Chief
District Judge.  (5:05-cv-00634-FL)

Submitted:  March 16, 2007          Decided:  April 17, 2007

Before WILKINSON, NIEMEYER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Murrel Cooper, COOPER, DAVIS & COOPER, Fayetteville, North
Carolina, for Appellants.  H. Terry Hutchens, HUTCHENS, SENTER &
BRITTON, Fayetteville, North Carolina, for Appellees Robert W.
Clark and Debra L. Clark.  Fred W. Lee, Jr., Barbara Osie Lee,
James Robert Lee, Carol E. Lee, John Henry Lee, Patricia Smith Lee,
Appellees Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Lee McArthur and Deborah E. McArthur appeal the district court's order granting Defendants' motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(b)(7), and denying the McArthurs' motion for preliminary injunction as moot.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See McArthur v. Clark, No. 5:05-cv-00634-FL (E.D.N.C. May 24, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED